## In the Matter of John W. PETERS, Respondent.

### No. 64S00–1407–DI–474.

Supreme Court of Indiana.

Dec. 5, 2014.

*PUBLISHED ORDER APPROVING STATEMENT OF CIRCUMSTANCES AND CONDITIONAL AGREEMENT FOR DISCIPLINE*

Pursuant to Indiana Admission and Discipline Rule 23(11), the Indiana Supreme Court Disciplinary Commission and Respondent have submitted for approval a "Statement of Circumstances and Conditional Agreement for Discipline" stipulating agreed facts and proposed discipline as summarized below:

**Stipulated Facts:** Respondent represented Client on a contingency basis in a civil action brought against Client's landlord. A trial resulted in a judgment for Client for over $46,000. However, Respondent had failed to reduce the contingent fee agreement to writing, leading to a fee dispute with Client after the judgment was paid.

The parties cite Respondent's prior disciplinary history as a fact in aggravation. The parties cite the following facts in mitigation: (1) Respondent has cooperated with the Commission and acknowledged his misconduct; (2) Respondent is contrite; and (3) Respondent's misconduct was not due to a dishonest or selfish motive but rather was due to an oversight.

**Violation:** The parties agree that Respondent violated Indiana Professional Conduct Rule 1.5(c), which requires contingent fee agreements to be in writing and signed by the client.

**Discipline:** The parties propose the appropriate discipline is a public reprimand.

The Court, having considered the submissions of the parties, now approves the agreed discipline and imposes **a public reprimand** for Respondent's misconduct.

The costs of this proceeding are assessed against Respondent. With the acceptance of this agreement, the hearing officer appointed in this case is discharged.

All Justices concur.